# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANTIC ASHANTI'S CAUSE, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual,<br><br>Plaintiffs,<br>vs.<br>HANNAH-GILLARD MIRAMAR ROAD PLANNED INDUSTRIAL DEVELOPMENT ASSOCIATION, and DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO. 06-CV-743 WQH (WMc)<br><br>**ORDER DISMISSING ACTION** |

HAYES, Judge:

On September 1, 2006, Plaintiffs filed their First Amended Complaint in the instant matter, naming, for the first time, Hannah-Gillard Miramar Road Development Association ("Hannah-Gillard") as a Defendant.[1] (Doc. # 10.) No proof of service has been filed as to Defendant Hannah-Gillard. Federal Rule of Civil Procedure 4(m) provides, in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

---

[1] All other known Defendants named in the First Amended Complaint were dismissed with prejudice on November 11, 2006. (Doc. # 11.)

On January 24, 2007, this Court issued an "Order to Show Cause" (Doc. # 12), which stated in part:

> Pursuant to Rule 4(m), this Order constitutes notice to Plaintiff that the Court will dismiss this action without prejudice on or after ***February 23, 2007***, unless, no later than that date, Plaintiff files (1) a proof of service of summons and the First Amended Complaint to Defendant Hannah-Gillard; or (2) a declaration under penalty of perjury showing good cause for failure to timely serve Defendant Hannah-Gillard with the summons and First Amended Complaint.

(Order to Show Cause at 1-2 (emphasis in original).) Since the Court issued the Order to Show Cause, nothing has been filed in this action. Therefore, pursuant to Rule 4(m), this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

DATED: March 1, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge